**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

UNITED STATES OF AMERICA,
Plaintiff,

v.                                              CRIMINAL NO. 99-315(DRD)

RICARDO BURKE-LASALLE, et al
Defendants.

**UNITED STATES OF AMERICA'S MOTION TO WITHDRAW
AS THE ASSISTANT UNITED STATES ATTORNEY
ASSIGNED TO THE CASE**

TO THE HONORABLE COURT:

　　COMES NOW, the United States of America, by its attorneys and very respectfully states
and prays as follows:

　　1.  That as of July 11, 2007, AUSA José Capó Iriarte is not the Assistant U.S. Attorney
responsible for the prosecution of the above referenced case.  The person responsible for this case
is SAUSA Olga Castellón.

　　WHEREFORE, the United States respectfully requests that this Honorable Court take notice
of the foregoing and grant the withdrawal of AUSA José Capó Iriarte as the attorney responsible for
the prosecution of the instant case.

2

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 11th day of July, 2007.

ROSA EMILIA RODRIGUEZ-VELEZ
United States Attorney


s/José Capó Iriarte
José Capó Iriarte - G00307
Assistant U. S. Attorney
Criminal Division
Torre Chardón, Suite 1201
350 Carlos Chardón Street
Hato Rey, Puerto Rico  00918
Tel. (787) 766-5656
Fax (787) 771-4050
Email: jose.capo2@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel(s) for each of the defendant(s).

At San Juan, Puerto Rico, this 11th day of July, 2007.


s/José Capó Iriarte
Assistant U.S. Attorney